# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**MICHAEL SIZEMORE**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**CHANGPENG ZHAO,** *et al.*,

    *Defendants.*

_____/

CASE NO. 1:23-cv-21261

## NOTICE OF FILING

Plaintiffs respectfully file the attached Notice, which was filed today in *Garrison et al. v. Paffrath et al.,* Case No. 23-CV-21023-CMA (S.D. Fla.), regarding service of process over Defendant Ben Armstrong in *Paffrath* and this matter, and his harassment towards Plaintiffs' counsel.

Respectfully submitted on April 5, 2023.

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

Brooke Alexander
(*Pro Hac Vice* Application Forthcoming)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street

Armonk, NY 10504
Phone: (914) 749–8200
balexander@bsfllp.com

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on April 5, 2023, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record, and sent to Mr. Armstrong at his e-mail address of bitboy@bitboycrypto.com..

By: */s/ Adam Moskowitz*
       Adam M. Moskowitz