AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MICHAEL SIZEMORE, et al., on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>CHANGPENG ZHAO, et al.,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-21261-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jimmy Butler
7416 S.W. 49th Place
South Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   04/11/2023

Angela E. Noble
Clerk of Court

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MICHAEL SIZEMORE, et al., on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>CHANGPENG ZHAO, et al.,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-21261-RKA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Graham Stephan
5193 Steel Hammer Drive
Las Vegas, NV

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   04/11/2023

Angela E. Noble
Clerk of Court

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts