UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL SIZEMORE, *et al.*, on behalf of
themselves and all others similarly situated,

        Plaintiffs,                            CASE NO. 1:23-cv-21261-RKA

v.

CHANGPENG ZHAO, *et al.*,

        Defendants.
_____/

## NOTICE OF APPEARANCE OF DANIEL T. STABILE

PLEASE TAKE NOTICE Daniel T. Stabile Esq., of Winston & Strawn LLP, hereby files this Notice of Appearance as counsel for Defendant BAM Trading Services, Inc., in the above styled matter. Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Date:   May 16, 2023.                                Respectfully submitted,

                                                              /s/ *Daniel T. Stabile*

                                                              Daniel T. Stabile, Esq.
                                                              Fla. Bar No. 95750
                                                              DStabile@winston.com
                                                               WINSTON & STRAWN LLP
                                                              Southeast Financial Center
                                                               200 S. Biscayne Blvd., 24th Floor
                                                               Miami, FL 33131
                                                               Tel.: (305) 910-0500
                                                               Fax: (305) 910-0505

                                                               Attorney for Defendant
                                                               BAM Trading Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, the foregoing document was electronically filed with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Daniel T. Stabile*
Daniel T. Stabile

Brooke A. Alexander
balexander@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY  10504
Tel.: (914) 749-8231
Fax: (914) 749-8300
Counsel for Plaintiffs
Via CM/ECF

Howard M. Bushman
howard@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
THE MOSKOWITZ LAW FIRM PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel.: (305) 740-1423
Counsel for Plaintiffs
Via CM/ECF