UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 23-cv-21261-RKA**

MICHAEL SIZEMORE, et al., on behalf of themselves and all others similarly situated,

    Plaintiff,

vs.

CHANGPENG ZHAO, *et al*.,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Alan Wilmot, esq., of the law firm of Heitner Legal P.L.L.C. hereby enters his appearance as counsel for Defendant, Ben Armstrong, in the above-captioned matter. All correspondence, pleadings, and Court notices should be served upon him accordingly.

May 24, 2023

Respectfully submitted,

HEITNER LEGAL, P.L.L.C.

By: /s/ Alan Wilmot
Alan Wilmot (Fla. Bar No. 117840)
215 Hendricks Isle
Ft. Lauderdale, Florida 33301
Telephone: (954) 558-6999
E-mail:  alan@heitnerlegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF to the parties listed on the service list thereof on May 24, 2023

By: __/s/ Alan Wilmot__
Florida Bar No.: 117840