## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MICHAEL SIZEMORE, *et al.*, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

CHANGPENG ZHAO, *et al.*,

        Defendants.

_____/

CASE NO. 1:23-cv-21261-RKA

### NOTICE OF APPEARANCE OF GABRIELA A. PLASENCIA

PLEASE TAKE NOTICE Gabriela A. Plasencia, Esq., of Winston & Strawn LLP, hereby files this Notice of Appearance as counsel for Defendant BAM Trading Services, Inc., in the above styled matter. Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Date:   May 25, 2023.

Respectfully submitted,

/s/ *Gabriela A. Plasencia*

Gabriela A. Plasencia, Esq.
Fla. Bar No. 115788
GPlasencia@winston.com
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., 24th Floor
Miami, FL 33131
Tel.: (305) 910-0500
Fax: (305) 910-0505

Attorney for Defendant
BAM Trading Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, the foregoing document was electronically filed with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Gabriela A. Plasencia*
Gabriela A. Plasencia

Brooke A. Alexander
balexander@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY  10504
Tel.: (914) 749-8231
Fax: (914) 749-8300
Counsel for Plaintiffs
Via CM/ECF

Howard M. Bushman
howard@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
THE MOSKOWITZ LAW FIRM PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel.: (305) 740-1423
Counsel for Plaintiffs
Via CM/ECF