UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-21261-ALTMAN/Reid

MICHAEL SIZEMORE, *et al.*,

    *Plaintiffs*,

v.

CHANGPENG ZHAO, *et al.*,

    *Defendants*.

**ORDER**

THIS MATTER came before the Court on Defendants' motion [ECF No. 109] for entry of an order granting forty additional pages with respect to their opening brief in support of Defendants' forthcoming Motion to Compel Arbitration and In The Alternative, to Dismiss Plaintiffs' Amended Complaint (the "Motion to Compel and Dismiss").

Having reviewed the Motion, the record of this case, and being otherwise fully advised of the premises, it is hereby ORDERED AND ADJUDGED:

1. The Motion is **GRANTED**.

2. Defendants' page limitations for their opening brief in support of the Motion to Compel and Dismiss is **EXTENDED** by forty pages, for a total of sixty pages.

DONE and ORDERED in Miami, Florida on June _, 2023

                                                                     _____
                                                                     Roy K. Altman
                                                                     United States District Judge

cc: counsel of record

106412156.1