# **EXHIBIT 1**

# EXHIBIT 1

## Summary Chart of Plaintiffs' Alleged Securities Transactions

| Section | Paragraph | Allegation |
|---|---|---|
| N/A | Opening Paragraph | Plaintiffs file this Complaint on behalf of themselves, and all other similarly situated consumers who purchased unregistered securities offered or sold by Binance. |
| Parties | 20 | Plaintiff Sizemore purchased, repurchased, invested, and/or reinvested unregistered securities from Binance. |
| Parties | 21 | Plaintiff Vazquez purchased, repurchased, invested, and/or reinvested unregistered securities from Binance. |
| Parties | 22 | Plaintiff Vongdara purchased, repurchased, invested, and/or reinvested unregistered securities from Binance. |
| Parties | 23 | Plaintiff Lewis purchased, repurchased, invested, and/or reinvested unregistered securities that were offered or sold by Binance, including BNB from the Crypto.com platform. |
| Factual Allegations | 101 | Plaintiff Lewis, for instance, only purchased BNB on Crypto.com. |
| Factual Allegations | 125 | Plaintiff Lewis, for instance, only purchased BNB on Crypto.com. |
| Factual Allegations | 258 | Each Plaintiff and every class member was exposed to the Binance advertising campaigns and overarching marketing messaging, which influenced their decisions to invest in the unregistered securities offered or sold by Defendants. |