IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL SIZEMORE, *et al.*,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>CHANGPENG ZHAO, *et al.*,<br><br>    *Defendants*. | Case No. 1:23-cv-21261-ALTMAN/Reid |

**DECLARATION OF DOUGLAS P. BAUMSTEIN IN SUPPORT OF
DEFENDANT JIMMY BUTLER'S MOTION TO COMPEL ARBITRATION OR,
IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Douglas P. Baumstein, declare as follows:

1. I am an attorney duly licensed to practice in New York State and admitted *pro hac vice* before this Court. I am a member of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. (resident in the firm's New York, New York office) and counsel for Jimmy Butler in this matter. I submit this declaration in support of Jimmy Butler's Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiffs' Amended Complaint (the "Motion").

2. In connection with the Motion, and with the Court's permission, I will be conventionally filing a thumb drive with the following video exhibits for the Court's consideration:

- **Exhibit 1** and hyperlinked below is a true and correct copy of the video featured in the February 2, 2022 Tweet posted to Binance's Twitter Feed at the following web address: https://twitter.com/binance/status/1488907416091512832?lang=en.

- **Exhibit 2** and hyperlinked below is a true and correct copy of video featured in the the February 7, 2022 Tweet posted to Mr. Butler's Twitter Feed at the following web address: https://twitter.com/JimmyButler/status/1490658757436715010?lang=en.

1

- **Exhibit 3** and hyperlinked below is a true and correct copy of the video featured in the February 13, 2022 Tweet posted to Mr. Butler's Twitter Feed at the following web address: https://twitter.com/JimmyButler/status/1493001111627878400.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of July 2023.

*/s/ Douglas P. Baumstein*
Douglas P. Baumstein

## CERTIFICATE OF SERVICE

I certify that on July 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF and that the document is being served this day on all counsel of record, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  July 24, 2023

                                                                   Respectfully submitted,

By:    */s/ David A. Rothstein*
Courtney R. Rockett
Email: crockett@mintz.com
Douglas P. Baumstein
Email: dbaumstein@mintz.com
Mintz Levin Cohn Ferris Glovsky & Popeo PC
919 Third Avenue
New York, NY 10022
Tel: 212-935-3000

David Alan Rothstein
Email: drothstein@dkrpa.com
Alexander Manuel Peraza
Email: aperaza@dkrpa.com
Eshaba Jahir-Sharuz
Email: eshaba@dkrpa.com
Dimond Kaplan & Rothstein
2665 South Bayshore Drive
PH-2B
Coconut Grove, FL 33133
Tel: 305-374-1920