**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-21261-ALTMAN/Reid**

MICHAEL SIZEMORE, *et al.*,

                *Plaintiffs*,

        v.

CHANGPENG ZHAO, *et al.*,

                *Defendants*.

**ORDER GRANTING DEFENDANT JIMMY BUTLER'S**
***UNOPPOSED* MOTION TO CONVENTIONALLY FILE VIDEO EXHIBITS**

THIS CAUSE came before the Court on Defendant Jimmy Butler's ("**Mr. Butler**") Unopposed Motion to Conventionally File Video Exhibits (the **"Motion to Conventionally File Video Exhibits"**) [ECF No. xx].  Having reviewed the Motion to Conventionally File Video Exhibits, noting that Plaintiffs do not object to the relief sought therein, and being otherwise fully apprised in the premises, it is

      **ORDERED AND ADJUDGED** that:

      1.      The Motion to Conventionally File Video Exhibits is **GRANTED.**

      2.      Mr. Butler may conventionally file a thumb drive containing the Videos in connection with his Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiffs' Amended Complaint [ECF No. 135].

      **DONE AND ORDERED** in the Southern District of Florida on July \_\_\_, 2023.

                                     _____
                                     HON. ROY K. ALTMAN
                                     UNITED STATES DISTRICT JUDGE