UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21261-ALTMAN/Reid

**MICHAEL SIZEMORE** *et al.*,
*on behalf of themselves and others*
*similarly situated*,

    *Plaintiffs*,

v.

**CHANGPENG ZHAO** *et al.*,

    *Defendants*.

_____/

## ORDER SETTING BRIEFING SCHEDULE

The parties filed a Joint Agreed Motion for Briefing Schedule on Pending Motions to Compel and Dismiss [ECF No. 138]. After careful review, the Motion is **GRANTED.** Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. BAM will provide the Plaintiffs with appropriate arbitration-related discovery by **August 30, 2023**. The parties shall meet and confer by **August 3, 2023**, to attempt to resolve the scope of this discovery. If the parties cannot agree by **August 7, 2023**, they shall request a hearing to present their dispute to Magistrate Judge Reid for resolution.

2. The Plaintiffs shall respond to the Motions to Compel Arbitration or, in the Alternative, to Dismiss [ECF Nos. 132, 134, 135] (collectively, the "Motions to Compel and Dismiss") by **September 14, 2023**. This extension is without prejudice to the Plaintiffs to request a further extension of time for their responses to the Motions to Compel and Dismiss, if necessary, after the Court rules on the Defendants' Motion to Stay Discovery [ECF No. 133].

3. The Defendants shall file their respective replies in support of the Motions to Compel and Dismiss by **September 28, 2023**.

4. BAM's agreement to provide arbitration-related discovery is not (and shall not be deemed) a waiver of the Defendants' position that all other discovery should be stayed pending the Court's decision on the Motions to Compel and Dismiss, including but not limited to the Defendants' arguments that: (1) arbitration-related discovery is improper from any Defendants other than BAM; (2) merits discovery is improper during the pendency of the Motions to Compel and Dismiss; and (3) the jurisdictional discovery sought by the Plaintiffs is also improper during the pendency of the Motions to Compel and Dismiss.

**DONE AND ORDERED** in the Southern District of Florida on July 31, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**