UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MICHAEL SIZEMORE**, *et al.,* on behalf of
themselves and all others similarly situated,

    *Plaintiffs,*

v.

**CHANGPENG ZHAO,** *et al.,*

    *Defendants.*

CASE NO. 1:23-cv-21261-RKA

_____/

**JOINT MOTION FOR STAY AS TO DEFENDANT BEN ARMSTRONG PENDING APPROVAL OF SETTLEMENT AGREEMENT AND NOTICE OF SETTLEMENT**

    Plaintiffs and Defendant, Ben Armstrong (collectively, the "Settling Parties"), are proud to announce they have executed an Agreement which provides for a full Settlement of the claims against Defendant Armstrong in this class action matter. To save the Court and the Settling Parties time and resources, the Settling Parties jointly request a stay of the litigation between the Settling Parties, so the Settling Parties can devote their time and resources to preparing the Motion for Preliminary Approval of the Class Action Settlement Agreement. Settlement negotiations are ongoing as to other Defendants in this Action, which may result in additional executed Term Sheets and/or Agreements in short order. The Settling Parties, including any additional Defendants who also wish to settle the claims against them with Plaintiffs and the Class, intend to expeditiously seek preliminary approval of the Class Action Settlement Agreement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. In support of the requested stay, the Parties state the following:

    1.    On September 15, 2023, after months of negotiations amongst their counsel and before Mediator, Rodney Max, Plaintiff and Defendant, Ben Armstrong reached and executed an Agreement to resolve all claims against Mr. Armstrong in this proceeding.

    2.    Plaintiffs are also engaged in productive negotiations with other Defendants in this Action and expect that additional settlements may be reached in the near term.

    3.    The Settling Parties are now in the process of preparing a Motion for Preliminary Approval of the Settlement Agreement that settles all issues in this action, and will result in, if finally approved, the dismissal of all claims against Defendant Armstrong, and possible additional Defendants, with prejudice.

4. Plaintiffs respectfully suggest that because there is a likelihood that other settlements may be reached with other Defendants in this action, it would be most efficient and economical (as done in other class cases before this Court), for the Court to conduct one hearing, by combining consideration of the proposed Settlements, in light of the significant costs of notice and administration to the proposed Class. The Settling Parties therefore respectfully request that this action be stayed as to Defendant Ben Armstrong, until Plaintiffs can present to the Court and seek preliminary approval of the Class Action Settlement with Armstrong along with any other settling defendants, including the plan of notice to the settlement class, pursuant to Rule 23 of the Federal Rules of Civil Procedure.

4. It is well settled that this Court has the authority to stay proceedings to manage its docket, based upon the circumstances of a particular case, especially where the parties have reached a settlement of the matter. *See, e.g., Landis v. North Am. Water Works & Elec. Co.*, 299 U.S. 248, 254 (1936); *Republic of Venezuela v. Philip Morris Cos., Inc.*, No. 99-0586-Civ, 1999 WL 33911677, at *1 (S.D. Fla. Apr. 28, 1999); *see also, e.g., Arkin v. Smith Med. Partners, LLC*, No. 8:19-cv-1723-T-26AEP, 2020 WL 1666158, at *2–*3 (M.D. Fla. April 3, 2020) (staying class action litigation pending court's evaluation of proposed settlement to "avoid duplicative discovery efforts and related, overlapping issues" and to "allow the parties—and the Court—to focus on the propriety of the Motion for Preliminary Approval"). A class-wide settlement, if approved, will resolve all claims and issues in this action.

5. Accordingly, the Settling Parties very respectfully request that the Court enter an Order, allowing for the preliminary settlement approval process to be completed as follows:

   a. By January 5, 2024, if other Defendants have settled, Plaintiffs' Counsel shall submit a Status Report, with a proposed schedule for filing of a Motion for Preliminary Approval which will include the pending Settlement with Defendant Armstrong.

   b. If no other Defendant has settled by January 5, 2024, Plaintiffs' Counsel shall move for preliminary approval of the pending Settlement with Mr. Armstrong.

**WHEREFORE,** the Settling Parties respectfully request the Court to enter an Order establishing the schedule above. A proposed order accompanies this motion as **Exhibit A**.

Dated: September 20, 2023　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| By: */s/ Adam M. Moskowitz* <br> Adam M. Moskowitz <br> Florida Bar No. 984280 <br> Joseph M. Kaye <br> Florida Bar No. 117520 <br> Barbara C. Lewis <br> Florida Bar No. 118114 <br> **THE MOSKOWITZ LAW FIRM, PLLC** <br> 2 Alhambra Plaza, Suite 601 <br> Coral Gables, FL 33134 <br> Telephone: (305) 740-1423 <br> adam@moskowitz-law.com <br> joseph@moskowitz-law.com <br> barbara@moskowitz-law.com <br><br> Brooke Alexander <br> (Admitted Pro Hac Vice) <br> **BOIES SCHILLER FLEXNER LLP** <br> 333 Main Street <br> Armonk, NY 10504 <br> Phone: (914) 749–8200 <br> balexander@bsfllp.com <br><br> Stephen Neal Zack <br> Florida Bar No. 145215 <br> Tyler Ulrich <br> Florida Bar No. 94705 <br> **BOIES SCHILLER FLEXNER LLP** <br> 100 SE 2nd St., Suite 2800 <br> Miami, FL 33131 <br> Office: 305-539-8400 <br> szack@bsfllp.com <br> tulrich@bsfllp.com <br><br> Jose M. Ferrer <br> Florida Bar No. 173746 <br> **MARK MIGDAL HAYDEN LLP** <br> 8 SW 8th Street, Suite 1999 <br> Miami, FL 33130 <br> Office: 305-374-0440 <br> jose@markmigdal.com <br><br><br> *Co-Counsel for Plaintiffs and the Class* | By: */s/ Darren Adam Heitner* <br> Darren Adam Heitner <br> Email: Darren@HeitnerLegal.com <br> **Heitner Legal, P.L.L.C.** <br> 215 Hendricks Isle <br> Fort Lauderdale, Florida 33301 <br> Tel: 954-558-6999 <br><br> *Attorney for Defendant Ben Armstrong* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on September 20, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ