# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MICHAEL SIZEMORE**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**CHANGPENG ZHAO,** *et al.*,

    *Defendants.*

_____/

CASE NO. 1:23-cv-21261-RKA

**[PROPOSED] ORDER GRANTING
JOINT MOTION FOR STAY AS TO DEFENDANT BEN ARMSTRONG PENDING APPROVAL OF SETTLEMENT AGREEMENT AND NOTICE OF SETTLEMENT**

This **CAUSE** is before the Court on the Joint Motion for Stay as to Defendant Ben Armstrong Pending Approval of Settlement and Notice of Settlement ("Joint Motion"). [ECF No. ____]. Having reviewed the record and having otherwise been duly advised on the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Motion is **GRANTED.**

    2.    By January 5, 2024, if other Defendants have settled, Plaintiffs' Counsel shall submit a Status Report, with a proposed schedule for filing of a Motion for Preliminary Approval which will include the pending Settlement with Defendant Armstrong.

    3.    If no other Defendant has settled by January 5, 2024, Plaintiffs' Counsel shall move for preliminary approval of the pending Settlement with Mr. Armstrong.

**DONE AND ORDERED** in Miami, Florida this ___ day of _____, 2023.

_____
**HONORABLE ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record