UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21261-ALTMAN/Reid

**MICHAEL SIZEMORE** *et al.*,
*on behalf of themselves and others similarly situated*,

    *Plaintiffs*,

v.

**CHANGPENG ZHAO** *et al.*,

    *Defendants*.

_____/

## ORDER GRANTING JOINT MOTION FOR STAY AS TO BEN ARMSTRONG

The Plaintiffs and the Defendant, Ben Armstrong, have filed a Joint Motion for Stay Pending Approval of Settlement and Notice of Settlement [ECF No. 159]. The Plaintiffs have resolved their claims against Armstrong. *Id.* at 1. The parties therefore ask us to stay the litigation between the Plaintiffs and Armstrong until the two sides are ready to file a motion for preliminary approval of their class action settlement agreement. *Ibid.* Having carefully considered the matter, we now **ORDER and ADJUDGE** as follows:

1. The Joint Motion [ECF No. 159] is **GRANTED**.

2. By **January 5, 2024**, if other Defendants have settled, Plaintiffs' counsel shall file a status report on a proposed schedule for the filing of a motion for preliminary approval. This status report will include a schedule for approval of the pending settlement with Armstrong.

3. If no other Defendant has settled by **January 5, 2024**, then (by that date) the Plaintiffs must move for preliminary approval of the pending settlement with Armstrong.

2

**DONE AND ORDERED** in the Southern District of Florida on September 25, 2023.



_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record