UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MICHAEL SIZEMORE, et al.,

    *Plaintiffs,*

v.

CHANGPENG ZHAO, *et al.*

*Defendants.*

_____/

CASE NO. 1:23-cv-21261-RKA

## MOTION TO DIRECT CLERK OF COURT TO REMOVE COUNSEL FOR REFERENCED DISMISSED PARTY FROM CM/ECF DISTRIBUTION LIST

Counsel for former Defendant Graham Stephen, hereby files this Motion to remove the undersigned counsel from the CM/ECF Distribution List per the prior dismissal, and state as follows:

1. On March 31, 2023, Plaintiffs Michael Sizemore, et al. filed a putative Class Action Complaint entitled *Michael Sizemore v. Changpeng Zhao, et al*. *See* ECF 1.

2. On June 15, 2023, Plaintiff filed a notice of Voluntary Dismissal which voluntarily dismissed Graham Stephen from all causes of action alleged in the complaint under Federal Rules of Civil Procedure 41. *See* ECF 98.

3. Despite Plaintiff's Dismissal of Defendant Graham Stephen, the undersigned counsel for Defendant Graham Stephen have remained on the CM/ECF distribution list as counsel for a dismissed party and continue to receive notifications of Court filings in this action.

4. WHEREFORE, counsel for former Defendant Graham Stephen moves the Court for an Order instructing the Clerk of Court to remove Josef M. Mysorewala and Kimberly P. Stein from all related electronic mail service addresses from the CM/ECF Distribution List in the instant action; and (2) for such other and further relief as may be just and proper under these circumstances.

Respectfully submitted,

Dated:  October 31, 2023        By:    */s/Kimberly P. Stein*
                                        Kimberly P. Stein, Esq.
                                        Nevada Bar No. 8675
                                        kps@fdlawlv.com
                                        FLANGAS LAW GROUP
                                        3275 S. Jones Blvd., Suite 105
                                        Las Vegas, NV 89146
                                        Tel: (702) 307-9500

                                        Josef M. Mysorewala
                                        Florida Bar No. 105425
                                        Law Office of Josef M. Mysorewala, PLLC
                                        2000 S Dixie Highway, Suite 112
                                        Miami, Florida 33133
                                        Telephone: (305) 356-1031
                                        Email: josefm@lawjmm.com

                                        *Attorneys for Defendant Graham Stephen*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on October 31, 2023, that I electronically filed the above and foregoing document entitled **MOTION TO DIRECT CLERK OF COURT TO REMOVE COUNSEL FOR REFERENCED DISMISSED PARTY FROM CM/ECF DISTRIBUTION LIST** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/ *Andi Hughes*
An employee of Flangas Law Group